367 P.2d 949

**Fred McGee WOODS, Petitioner,**

v.

**The PEOPLE of the State of New Mexico, Respondent.**

No. 7121.

Supreme Court of New Mexico.

Jan. 23, 1962.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, MOISE and NOBLE, Justices, concurring.

ORDERED that the petition for writ of habeas corpus be and the same is hereby denied for the reason that it does not set forth facts warranting the issuance of the writ.

367 P.2d 949

**Bill HODGE, Petitioner,**

v.

**Harold A. COX, Respondent.**

No. 7120.

Supreme Court of New Mexico.

Jan. 23, 1962.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, MOISE and NOBLE, Justices, concurring.

ORDERED that the motion for free process herein be and the same is hereby granted; and

FURTHER ORDERED that the motion for delayed appeal be and the same is hereby denied for various reasons, one of which is that it was not timely filed. (Rule 5, Supreme Court Rules.)

367 P.2d 949

**DALLAS BUILDING, INC., Petitioner,**

v.

**Paul TACKETT, District Judge for the Second Judicial District In and For the County of Bernalillo, State of New Mexico, Respondent.**

No. 7094.

Supreme Court of New Mexico.

Jan. 23, 1962.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, MOISE and NOBLE, Justices, concurring, decline at this time to pass upon the jurisdictional question presented.

NOW, THEREFORE, IT IS CONSIDERED, ORDERED AND ADJUDGED by the Court that the Alternative Writ of Prohibition and Superintending Control heretofore issued herein on January 2, 1962, be and the same is hereby vacated.